[No. 33833-1-I. Division One. May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCIA JANE RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04080-2, Frank L. Sullivan, J., entered December 13, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 34532-0-I. Division One. May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L. EZELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07476-6, Donald D. Haley, J., entered May 2, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34534-5-I. Division One. May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY JAMES DRAMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00169-2, Richard J. Thorpe, J., entered September 30, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35681-0-I. Division One. May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE STANLEY WINN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07892-3, Arthur E. Piehler, J., entered November 14, 1994. *Affirmed* by unpublished per curiam opinion.